**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:10-cv-00398-RCJ-LRL |
| | ) | |
| v. | ) | |
| | ) | |
| GLORIA TAYLOR and ALFRED TAYLOR, | ) | |
| individually and as husband and wife, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFAULT JUDGMENT**

This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.      Default judgment is hereby entered in favor of the Plaintiff and against Defendants Gloria Taylor and Alfred Taylor jointly and severally; and

2.      Damages are awarded to the Plaintiff as follows:

| | |
|---|---|
| Treble damages | $118,394.10 |
| Civil Penalties | $ 44,000.00 |
| Total: | $162,394.10 |

**DATED** this 4th day of April, 2011.

_____

Gloria M. Navarro
United States District Judge